# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00597-CV

**Pflugerville Fox Run Limited Partnership, Pflugerville Metairie Limited Partnership and Pflugerville Covington Limited Partnership, Appellants // Staz-On Roofing, Inc., Cross-Appellants**

**v.**

**Midway Fabrication & Supply, Inc.; J. Mitchell Builders, Inc.; Staz-On Roofing, Inc.; Atrium Aluminum Products; Gypsum Floors of Texas; Candido Escobar and Dena Escobar, individually and d/b/a Double J Roofing and d/b/a Escobar Roofing, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. D-1-GN-07-001909, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On March 11, 2010, this appeal was abated pursuant to a notice that appellee Atrium Aluminum Products was in bankruptcy proceedings. *See* 11 U.S.C. § 362(a) (West 2004); Tex. R. App. P. 8.2. The appellants have filed a motion to reinstate and dismiss the appeal, noting that the parties, with the exception of Atrium Aluminum Products, have reached a settlement agreement. The appellants seek to voluntarily dismiss their claims against Atrium Aluminum Products in order to dismiss this appeal in its entirety. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1; *see also Darr v. Altman*, 20 S.W.3d 802, 807 (Tex. App.—Houston [14th Dist.] 2000, no pet.) (collecting cases and holding that dismissal of defendant/debtor does not violate bankruptcy stay).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed on Appellants' Motion

Filed:   November 5, 2010